212

66 A.3d 762

**Carole L. SCHEIB, Petitioner**

v.

**KEYSTONE RESIDENTIAL PROPERTIES, LLC,
and Michael Bernick, Respondents.**

Supreme Court of Pennsylvania.

May 8, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of May, 2013, the Motions for Leave to File Addendum, the Motion for Leave to Open/Vacate Default Judge and the Petition for Allowance of Appeal are hereby **DENIED.**